FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**COMPLAINT**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP -2 2016
ARTHUR JOHNSTON
BY ________ DEPUTY

Dille II 99432
(Last Name) (Identification Number)

Lincoln
(First Name) (Middle Name)

Hinds County Detention Center
(Institution)

407 East Pascagoula Street
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.

CIVIL ACTION NUMBER: 3:16cv686CWR-FKB
(to be completed by the Court)

The State of Miss./
Hinds County Detention
Center

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes (✓) No ( )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Lincoln Dille II Prisoner Number: 99432

Address: 407 East Pascagoula Street
Jackson, MS 39201

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: The State of Miss. is employed as The State of Miss. at The State of Miss.

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:
Lincoln Dille II

ADDRESS:
407 East Pascagoula Street
Jackson, MS 39201
or P.O. Box 3295, Jackson, MS 39201

DEFENDANT(S):

NAME:
Hinds County Detention Center

ADDRESS:
407 East Pascagoula Street
Jackson, MS

Case 3:16-cv-00686-CWR-FKB Document 1 Filed 09/02/16 Page 3 of 8

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:__________

2. Court (if federal court, name the district; if state court, name the county):__________

3. Docket Number:__________

4. Name of judge to whom case was assigned:__________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)__________

CASE NUMBER 2.

1. Parties to the action:__________

2. Court (if federal court, name the district; if state court, name the county):__________

3. Docket Number:__________

4. Name of judge to whom case was assigned:__________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)__________

Case 3:16-cv-00686-CWR-FKB Document 1 Filed 09/02/16 Page 4 of 6

# Statement Of Claim

(1) I, Lincoln Dillell, was moved from Raymond because Raymond Detention Center is not safe enough for me. Inmates in Raymond Detention Center threaten to take my life. Mostly Inmates from Verdin Edition in Jackson, MS. I shot and Killed a guy from this neighborhood. I was arrested and charged with murder; however, I made 911 calls previous to the shooting and I bought a peace bond against this guy. This guy and his friends have been out to kill me before the shooting, and also had a violent history and drugs. My case number #2014-03112 and #14-251WLK Plus, Inmates are dying in Raymond Detention Center.

(2) I was assaulted and beaten by inmates in Hinds County Detention Center. I Was beaten by three guys; Michael Johnson, Eric Rogers, and Marquez Watts. I lost three of my front bottom teeth. Now, I cant smile and it caused me severe emotional distress and endless depression. This event happened in or around August 2014. This is aggravated battery

• deliberate indifference: We were locked down behind doors on the 4th floor of Hinds County Detention Center (continued)

that had no sink or toilet. Police didn't care. (p-5A)

(3) In May 2016 In Hinds County Detention Center I was assaulted by police after complying. We all were beaten with flash lights and tazored after complying by Lt. Irving and his road deputies, aggravated assault. The inmates involved are: Larry Harmon, Antonio Brown, Antonio Golden, Richard Dunson, and me, Lincoln Dillell. We were falsely accused of putting a hole in the wall which had been in 305 B for a year. The contractors verified it was there a year. Richard Dunson was coughing blood afterwards.

(4) I have been incarcerated over 31 months and have not been to trial. My right to speedy trial has been violated.

(5) there is a typo in my name on the indictment along with 14 more typos through my motion.

(6) The D.A. is trying to force me to go to trial without giving my lawyer the phone records that were subpoenad. The detectives failed to put the phone records in my motion of discovery. They are hiding evidence. My right to due process is violated.

Case 3:16-cv-00686-CWR-FKB Document 1 Filed 09/02/16 Page 6 of 8

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary). (Revised Statement attached)

March 2016. Inmates and me were locked down in cells with no sinks or tiolet on 4th floor.
This guy's family and friends are out to kill me. As result, I was
(1) Assaulted by 3 inmates; Michael Johnson,
Eric Rogers, and Marquez Watts August 2014
I was arrested after shooting a guy that I bought a peace bond against.
(2) Three teeth were knocked out of my mouth
as result of aggravated battery [illegible] by the inmates; inflicted emotional distress.
Raymond Detention Center is not safe even the P.C. zone is not safe.
(3) I ~~was~~ assaulted by police after complying. May 2016
Larry Harmon, Antonio Golden, Richard Dunson, Antonio Brown were there.
(4) I been incarcerated over 30 months; my
right to speedy trial within 270 days violated.
[illegible] (5) The D.A. failed to provide a fair trial by witholding evidence; phone records.
(6) Name on indictment has a typo.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Case number 2014-031112

I seek $75 million dollars.
I also want all charges dismissed.

Signed this 27 day of August, 2016.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Lincoln Dille II
Signature of plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

# NOTICE OF ASSIGNMENT

Case filed: **September 2, 2016**

Your case against **State of Mississippi and Hinds County Detention Center** has been assigned Civil Action No. **3:16-cv-**686-CWR-FKB and has been referred to the following District Judge and Magistrate Judge:

***District Judge***

- ☐ Louis Guirola, Jr.
- ☐ Daniel P. Jordan, III
- ☐ Sul Ozerden
- ☒ Carlton W. Reeves
- ☐ Keith Starrett
- ☐ Henry T. Wingate
- ☐ William H. Barbour, Jr. (Senior Judge)
- ☐ David Bramlette, III (Senior Judge)
- ☐ Tom S. Lee (Senior Judge)

***Magistrate Judge***

- ☐ Linda R. Anderson
- ☒ F. Keith Ball
- ☐ John C. Gargiulo
- ☐ Michael T. Parker
- ☐ Robert H . Walker

***Division***

Clerk's Office, **Northern Division**
501 E. Court Street, Suite 2.500
Jackson, Mississippi 39201

**It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.**

**If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope. If you do not send an extra copy of the documents <u>and</u> a stamped self-addressed envelope, this Court will be unable to return a copy to you.**

**<u>NOTICE FOR CHANGE OF ADDRESS</u>: When there is a change of address for the plaintiff, the plaintiff <u>must</u> notify this Court in writing in a separate document with the following specific information: (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff and (4) if applicable, state the prisoner number of the plaintiff.**

**The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.**

Lincoln Dille II #99432
407 East Pascagoula Street
Cell # 306 H
Jackson, MS 39201

JACKSON MS 390
30 AUG 2016 PM 3 L

RECEIVED
SEP 02 2016
Clerk, U.S. District Court
Southern District of Miss.

Legal Ma

Clerk, U.S. District Co
Southern District of Missis
501 E. Court Street, Suite
Jackson, MS 39201

39201-502825

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Paper